**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

**THOMAS BRYANT**
**& BRENDA BRYANT,**

**Plaintiffs,**

**v.** **Case No.: 8:26-cv-1386-KKM-AAS**

**NATIONWIDE PROPERTY &**
**CASUALTY INSURANCE COMPANY,**

**Defendant.**
**______________________________________/**

**ORDER**

Defendant Nationwide Property & Casualty Insurance Company (Nationwide) moves to compel the plaintiffs' automatic discovery exchange pursuant to the court's Hurricane Case Management and Scheduling Order (Doc. 8). (Doc. 16). Plaintiffs Thomas Bryant and Brenda Bryant failed to respond and the time to do so has expired. Accordingly, Nationwide's motion to compel is treated as unopposed. *See* Local Rule 3.01(d), M.D. Fla. ("If a party fails to timely respond, the motion is subject to treatment as unopposed.").

This is a Hurricane Milton case that is operating under a case management plan tailored to the circumstances of the insurance dispute. (Doc. 8). Nationwide explains the plaintiffs failed to comply with the Hurricane Case Management Scheduling Order and provide the automatic discovery by the June 29, 2026 deadline. Nationwide attempted to confer with the plaintiffs'

counsel three times to resolve this dispute before filing the motion to compel. The plaintiffs did not respond to any of Nationwide's conferral attempts.

Having received no response in opposition to the motion to compel the plaintiffs have waived any objections and the motion is treated as unopposed. *Lusis v. Am. Bankers Ins. Co. of Florida*, No. 2:23-CV-754-JLB-KCD, 2024 WL 4793366 at *1 (M.D. Fla. Mar. 25, 2024) (granting the motion to compel automatic discovery under the hurricane case management scheduling order after the plaintiffs waived any objections by failing to respond).

Accordingly, Nationwide's Motion to Compel Plaintiffs' Automatic Discovery Exchange (Doc. 16) is **GRANTED**. The plaintiffs must provide the automatic discovery as required and defined in the Hurricane Case Management Scheduling Order (Doc. 8) by **August 28, 2026.**

In addition, Nationwide's request for attorneys' fees for bringing this motion is **GRANTED**. *See* Fed. R. Civ. P. 37(a)(5) ("If the motion [to compel] is granted . . . the court must, after giving an opportunity to be heard, require the party or deponent whose conduct necessitated the motion . . . to pay the movant's reasonable expenses incurred in making the motion, including attorney's fees."). Counsel for both parties must confer and attempt to agree on the reasonable amount of attorney's fees and costs incurred in relation to this motion. If counsel cannot agree, Nationwide may move for the amount requested with supporting documentation.

**ORDERED** in Tampa, Florida on August 13, 2026.

Amanda Arnold Sansone

AMANDA ARNOLD SANSONE
United States Magistrate Judge